```
Kevin M. (Casey) Christensen, SBN 168119
E-mail: casey.christensen@bullivant.com
Peter Roldan, SBN 227067
E-mail: peter.roldan@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants Employee Benefit
Management Services, Inc. and Ravalli
County
```

FILED
2008 JAN 24 P 2: 15
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING
ADR
BY FAX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STANFORD HOSPITAL AND CLINICS, a California corporation,

   Plaintiff,

vs.

EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC., a Montana corporation; RAVALLI COUNTY, a political subdivision of the State of Montana; and DOES 1-50, inclusive,

   Defendants.

Case No.: C08 00538 HRL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)**

Pursuant to Civil L.R. 3-16, the undersigned certifies as of this date, other than the named parties, there is no such interest to report.

DATED: January 24, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Kevin M. (Casey) Christensen
Peter Roldan

Attorneys for Defendants Employee Benefit Management Services, Inc. and Ravalli County

— 1 —
6092011.1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)