Kevin M. (Casey) Christensen, SBN 168119
E-mail: casey.christensen@bullivant.com
Peter Roldan, SBN 227067
E-mail: peter.roldan@bullivant.com
BULLIVANT HOUSER BAILEY FILING
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants Employee Benefit
Management Services, Inc. and Ravalli
County

**FILED**

2008 JAN 24  P 2: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

**ADR**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**C08  00538  HRL**

STANFORD HOSPITAL AND CLINICS, a
California corporation,

  Plaintiff,

  vs.

EMPLOYEE BENEFIT MANAGEMENT
SERVICES, INC., a Montana corporation;
RAVALLI COUNTY, a political subdivision of
the State of Montana; and DOES 1-50,
inclusive,

  Defendants.

Case No.:

**MONTANA ASSOCIATION OF
COUNTIES HEALTHCARE TRUST--
GROUP HEALTH BENEFITS PLAN'S
CONSENT TO AND JOINDER IN
REMOVAL OF ACTION**

**BY FAX**

Montana Association of Counties Healthcare Trust ("MACoHCT"), defendant herein,

erroneously sued as Montana Association of Counties Healthcare Trust---Group Health Benefits

Plan, hereby consents to, and joins, the removal of the above-captioned action to the United

States District Court for the Northern District of California.

Montana Association of Counties Healthcare
Trust
By [Name] *Norman H. Grosfield*
[Title] *Attorney for*
          *MACoHCT*

6092121.2

— 1 —

CONSENT TO AND JOINDER IN REMOVAL