1  Kevin M. (Casey) Christensen, SBN 168119
   E-mail: casey.christensen@bullivant.com
2  Peter Roldan, SBN 227067
   E-mail: peter.roldan@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Defendants Employee Benefit
   Management Services, Ravalli County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC., a Montana corporation; RAVALLI COUNTY, a political subdivision of the State of Montana; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: C08-00538 (HRL)<br><br>**PROOF OF SERVICE OF ECF REGISTRATION INFORMATION HANDOUT, ETC.** |

   I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On February 1, 2008, I served the document(s) entitled:

- **ECF REGISTRATION INFORMATION HANDOUT**
- **GENERAL ORDER NO. 45 - ELECTRONIC CASE FILING**
- **NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION**
- **GENERAL ORDER NO. 53 – PRIVACY**
- **FORM RE NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**
- **FORM RE WAIVER OF SERVICE OF SUMMONS**
- **INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS**
- **FORM RE ADR CERTIFICATION BY PARTIES AND COUNSEL**

- **FORM RE STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
- **FORM RE NOTICE OF NEED FOR ADR PHONE CONFERENCE**
- **ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES**
- **PROOF OF SERVICE OF ECF REGISTRATION INFORMATION HANDOUT, ETC.**

upon the following party(ies):

| |
|---|
| Joy Young Stephenson<br>Barry Sullivan<br>Karlene Rogers-Aberman<br>STEPHENSON, ACQUISTO & COLMAN<br>303 North Glenoaks Blvd. #700<br>Burbank, CA 91502-3226<br>Tel: (818) 559-4477<br>Fax: (818) 559-5484<br>**Attorneys for Plaintiff** |

(X)   BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

( )   BY FACSIMILE TRANSMISSION (CCP § 1013(e), CRC 2008(e)): I transmitted the document(s) by facsimile transmission by placing it(them) in a facsimile machine (telephone number 415-352-2701) and transmitting it(them) to the facsimile machine telephone number(s) listed above. A transmission report was properly issued by the transmitting facsimile machine. Each transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

( )   BY OVERNIGHT DELIVERY (CCP § 1013(c)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

( )   BY PERSONAL SERVICE UPON AN ATTORNEY (CCP § 1011(a)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a receptionist or a person authorized to accept same at the address on the envelope, or, if no person was present, by leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

1  ( )  <u>BY HAND</u>  Pursuant to Code of Civil Procedure § 1011, I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date. A proof of service by hand executed by the courier shall be filed/lodged with the court under separate cover.

( )  <u>BY PERSONAL SERVICE UPON A PARTY</u>  (CCP § 1011(b)):  I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a person of not less than 18 years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 1, 2008, at San Francisco, California.

*Debora J. Fong*
Debora J. Fong

6092645.1

---

- 3 -
PROOF OF SERVICE OF ECF REGISTRATION INFO. HANDOUT, ETC. - Case No. C08 00538 HRL