Kevin M. (Casey) Christensen, SBN 168119
E-mail: casey.christensen@bullivant.com
Peter Roldan, SBN 227067
E-mail: peter.roldan@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants Employee Benefit Management Services and Ravalli County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC., a Montana corporation; RAVALLI COUNTY, a political subdivision of the State of Montana; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: C08-00538 (HRL)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: February 13, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Kevin M. (Casey) Christensen
Peter Roldan
Attorneys for Defendants Employee Benefit Management Services and Ravalli County

6093125.1

– 1 –

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE - C08-00538 (HRL)