UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Stanford Hospital And Clinics, a California corporation,

        Plaintiff,

v.

Employee Benefit Management Services, Inc a Montana corporation, et.al.,

        Defendants.

                                              /

No. C08-00538

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 13, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **June 9, 2008 at 10:00 a.m..**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on May 27, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: February 14, 2008

RICHARD W. WIEKING, Clerk
United States District Court

/s/*Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk for
Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Kevin M. Christensen    casey.christensen@bullivant.com, #sanfranciscodocketing@bullivant.com, daisy.broyles@bullivant.com

Karlene Jasmine Rogers-Aberman    kaberman@sacfirmonline.com

Peter Roldan    peter.roldan@bullivant.com

Barry Sullivan    bsullivan@sacfirmonline.com, agrigorian@sacfirmonline.com