**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**February 14, 2008**

**CASE NUMBER:  CV 08-00538 HRL**
**CASE TITLE:  STANFORD HOSPITAL AND CLINICS-v-EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC., ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to

the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 02/13/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 02/14/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EMPLOYEE BENEFIT MANAGEMENT<br>SERVICES, INC., ET AL. et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV08-00538 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joy Young Stephenson
Stephenson Acquisto & Colman
303 North Glenoaks Blvd
Suite 700
Burbank, CA 95102

Dated: February 15, 2008

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Tiffany Salinas-Harwell, Deputy Clerk