UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STANFORD HOSPITAL & CLINICS,
          Plaintiff(s),

v.

EMPLOYEE BENEFIT MANAGEMENT
SERVICES, INC.; AND RAVALLI COUNTY,
          Defendant(s).

CASE NO. C0800538

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/20/08

[Party] STANFORD HOSPITAL AND CLINICS

Dated: _____

[Counsel] KARLENE ROGERS-ABERMAN

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226.

On **April 22, 2008,** I served the foregoing document(s) described as **PLAINTIFF, STANFORD HOSPITAL AND CLINICS' ADR CERTIFICATION BY PARTIES AND COUNSEL** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Kevin M. (Casey) Christensen, Esq.
Peter Roldan, Esq.
BULLIVANT HOUSER BAILEY, PC
601 California Street, Suite 1800
San Francisco, California 94108

[XX] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[XX] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 22, 2008,** at Burbank, California.

ANGELA DEMERS

PROOF OF SERVICE