```
STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.           (SBN 113755)
BARRY SULLIVAN, ESQ.              (SBN 136571)
KARLENE J. ROGERS-ABERMAN, ESQ. (SBN ...)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
STANFORD HOSPITAL AND CLINICS
```

**DENIED**
*Judge James Ware*
4/25/2008

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS, a California nonprofit corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>EMPLOYEE BENEFIT MANAGEMENT, INC., a Montana corporation; RAVALLI COUNTY, A political subdivision of the State of Montana; and DOES 1 THROUGH 50, inclusive,<br><br>                    Defendants. | Case No.:   C08-00538 (HRL)<br><br>PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE MAY 13, 2008 INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:       May 13, 2008<br>Time:       10:00 a.m.<br>Courtroom:  8<br>Judge:      Hon. James Ware |

    Plaintiff Stanford Hospital and Clinics, pursuant to Local Rule 16.10(a), hereby makes its request for a telephonic appearance at the Initial Case Management Conference on calendar for May 13, 2008, at 10:00 a.m. in Department 8 before the Honorable James Ware.

/////

2956                                  - 1 -          PLAINTIFF'S INITIAL DISCLOSURES

1  Plaintiff respectfully requests that the court consider its request, as Plaintiff's
2  counsel is located in Southern California, and it would be burdensome to travel to
3  Northern California for the conference.
4  Dated: 22 April 2008

STEPHENSON, ACQUISTO & COLMAN

*[signature]*

KARLENE J. ROGERS-ABERMAN
Attorneys for
STANFORD HOSPITAL AND CLINICS

### ORDER

Plaintiff's Request for a Telephonic Appearance at the May 13, 2008 Case Management Conference is hereby DENIED. The Court **cannot** accommodate telephonic appearances. Due to case reassignment on February 14, 2008 the Case Management Conference set before Magistrate Judge Howard R. Lloyd for May 13, 2008 was reset to be heard before Judge Ware on **June 9, 2008 at 10:00 AM.** The parties are to file a Joint Case Management Conference statement by **May 30, 2008.** Further request to appear telephonically will be DENIED.

DATED: April 25, 2008.

*[signature: James Ware]*

HON. JAMES WARE OF THE
UNITED STATES DISTRICT COURT

2956                                   - 2 -       PLAINTIFF'S INITIAL DISCLOSURES

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226.

On **April 24, 2008,** I served the foregoing document(s) described as **PLAINTIFF'S, REQUEST FOR TELEPHONIC APPEARANCE AT THE MAY 13, 2008 INITIAL CASE MANAGEMENT CONFERENCE** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Kevin M. (Casey) Christensen, Esq.
Peter Roldan, Esq.
BULLIVANT HOUSER BAILEY, PC
601 California Street, Suite 1800
San Francisco, California  94108

[XX] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[XX] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 24, 2008,** at Burbank, California.

_____
ANGELA DEMERS