# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Stanford Hospital and Clinics
                    Plaintiff(s),

Case No. C 08-00538 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Employee Benefit Management
Services, Inc., et al.
                    Defendant(s).

_____/

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 28, 2008

Dated: May 1, 2008

_____
[Party]
Alex Beal
Ravalli County

_____
[Counsel]
Peter Roldan
Bullivant Houser Bailey PC

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com