UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stanford Hospital and Clinics
           Plaintiff(s),

v.

Employee Benefit Management
Services, Inc., et al.
           Defendant(s).
_____/

Case No. C 08-00538 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/8/08

Dated: 5/12/08

[Party]
Kevin Larson
Senior Vice President
Employee Benefit
Management Services, Inc.

[Counsel]
Peter Roldan
Bullivant Houser Bailey PC

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05