**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Stanford Hospital And Clinics, | 08-00538 JW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Employee Benefit Management Services, Inc, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jeffrey G. Lewis**
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
510-839-6824
jlewis@lewisfeinberg.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00538 JW MED            - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: June 18, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00538 JW MED                    - 2 -