IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stanford Hospitals and Clinics, | NO. C 08-00538 JW |
| Plaintiff, | **ORDER FOLLOWING PRELIMINARY PRETRIAL CONFERENCE; SCHEDULING HEARING FOR CROSS - MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| Employee Benefit Mgmt. Serv., Inc. et al., | |
| Defendants. | |

On January 12, 2009, the Court conducted a Preliminary Pretrial Conference. Counsel for the respective parties were present. In light of the discussion at the conference, the Court orders as follows:

(1) The Court sets **April 13, 2009 at 9 a.m.** as a hearing date for the parties' anticipated Cross-Motions for Summary Judgment. The parties shall file their motions in accordance with the Civil Local Rules of the Court.

(2) In light of the scheduling of the above motions, the Court declines to set a trial schedule at this time. Accordingly, the Court will conduct a Further Preliminary Pretrial Conference on **April 13, 2009 at 10 a.m.** following the hearing on the cross-motions. On or before **April 3, 2009**, the parties shall file a Preliminary Pretrial Statement. The Statement shall including, among other things, a proposed trial schedule.

Dated: January 14, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kevin M. Christensen casey.christensen@bullivant.com
Karlene Jasmine Rogers-Aberman kaberman@sacfirmonline.com
Peter Roldan peter.roldan@bullivant.com
Barry Sullivan bsullivan@sacfirmonline.com

**Dated: January 14, 2009**                    **Richard W. Wieking, Clerk**

                                               **By:    /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California