STEPHENSON, ACQUISTO & COLMAN
JOY YOUNG STEPHENSON, ESQ.   (SBN 113755)
BARRY SULLIVAN, ESQ.   (SBN 136571)
KARLENE J. ROGERS-ABERMAN, ESQ. (SBN 237883)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff
STANFORD HOSPITAL AND CLINICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC. a Montana Corporation, RAVALLI COUNTY, a political subdivision of the State of Montana, and Does 1-50, inclusive,<br><br>Defendants. | Case No.:   CO8-00538 (JW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

1    IT IS FURTHER STIPULATED that this dismissal is intended to
2    encompass any and all claims plaintiff Stanford Hospital and Clinics ("Plaintiff")
3    could have asserted against the Montana Joint Powers Trust relating to the facts
4    alleged in Plaintiff's complaint, and Plaintiff hereby waives any and all rights to
5    assert any such claims in consideration of the parties' mutual promises contained
6    herein.

8    Pursuant to this dismissal, each of the parties waives its rights to reimbursement of
9    costs, attorneys' fees, and any other expenditures incurred by them in connection
10   with this matter.

12   Dated: July 7, 2009

14                                STEPHENSON, ACQUISTO & COLMAN

17                                KARLENE J. ROGERS-ABERMAN
                                  Attorneys for Plaintiff
18                                STANFORD HOSPITAL AND CLINICS

19   Dated: July 7, 2009

22                                ARCHER NORRIS

24                                Kevin M. (Casey) Christensen
25                                Attorneys for Defendant
                                  EMPLOYEE BENEFIT MANAGEMENT
26                                SERVICES, INC. and RAVALLI
27                                COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC. a Montana Corporation, RAVALLI COUNTY, a political subdivision of the State of Montana, and Does 1-50, inclusive,<br><br>Defendants. | Case No.:   CO8-00538 (JW)<br><br>**[PROPOSED] ORDER FOR STIPULATION OF DISMISSAL** |

# ORDER

Pursuant to the Stipulation of Dismissal With Prejudice between Plaintiff STANFORD HOSPITAL AND CLINICS ("Stanford Hospital") and Defendants EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC. and RAVALLI COUNTY, it is hereby ORDERED that this matter, including any and all claims which could have been asserted by Stanford Hospital against the Montana Joint Powers Trust relating to the facts alleged in the complaint, be, and the same hereby is, dismissed with prejudice.

The Court terminates any remaining pending deadlines, hearings and motions. The clerk shall close this file.

Dated: July 10, 2009

_____
Honorable James Ware
Northern District of California
San Jose Division

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226.

On **July 8, 2009,** I served the foregoing document(s) described as **STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

KEVIN M. (CASEY) CHRISTENSEN, ESQ.
ARCHERNORRIS
2033 NORTH MAIN STREET, SUITE 800
WALNUT CREEK, CA  94596

[XX] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[XX] <u>Federal:</u> I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 8, 2009**, at Burbank, California.



ANGELA DEMERS

PROOF OF SERVICE